*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Marcos Jimenez Murillo ) | Case No. 24–12817–pmm |
|   aka Marcos Jimenez ) | |
| ) | |
| Jocelyn Mercado Diaz ) | Chapter: 7 |
| aka Jocelyn Mercado ) | |
|  Debtor(s). ) | |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

   Documents and Deadline

   Matrix Due 8/19/24

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: August 13, 2024

By the Court

Patricia M. Mayer
Judge, United States Bankruptcy Court