United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12817-pmm |
| Marcos Jimenez Murillo | Chapter 7 |
| Jocelyn Mercado Diaz | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 14, 2024 | Form ID: 309A | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marcos Jimenez Murillo, Jocelyn Mercado Diaz, 49 Inbrook Road, Levittown, PA 19057-2303 |
| aty | + | EDWARD JACOB GRUBER, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14915365 | | Bridal Concept, Attn: Bankruptcy, 719 W Harris Rd, Arlington, TX 76001-6859 |
| 14915367 | | Children's Hospital of Philadelphia, Attn: Bankruptcy, 3401 Civic Center Blvd, Philadelphia, PA 19104-4319 |
| 14915373 | + | E-ZPass New Jersey, Attn: Bankruptcy, 375 McCarter Highway, Newark, NJ 07114-2562 |
| 14915378 | | Jefferson Health, Attn: Patient Billing, 833 Chestnut St Ste 115, Philadelphia, PA 19107-4401 |
| 14915380 | + | New Jersey EZ Pass, PO Box 52001, Newark, NJ 07101-8201 |
| 14915386 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14915398 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@cibiklaw.com | Aug 14 2024 23:46:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| tr | + | EDI: BCCSHUBERT.COM | Aug 15 2024 03:45:00 | CHRISTINE C. SHUBERT, 821 Wesley Avenue, Ocean City, NJ 08226-3622 |
| smg | | Email/Text: megan.harper@phila.gov | Aug 14 2024 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Aug 15 2024 03:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2024 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Aug 14 2024 23:47:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14915362 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 14 2024 23:53:19 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14915363 | | Email/PDF: bncnotices@becket-lee.com | Aug 15 2024 00:04:02 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14915364 | ^ | MEBN | Aug 14 2024 23:45:35 | Bread Financial Holdings, Inc., Attn: Bankruptcy, 3075 Loyalty Cir, Columbus, OH 43219-3673 |
| 14915368 | | Email/Text: megan.harper@phila.gov | Aug 14 2024 23:47:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |

Case 24-12817-pmm   Doc 10   Filed 08/16/24   Entered 08/17/24 01:31:58   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2024 | Form ID: 309A | Total Noticed: 46 |

| Recipient ID | Flag | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14915366 | | EDI: CAPITALONE.COM | Aug 15 2024 03:45:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14915369 | | Email/Text: bankruptcy@philapark.org | Aug 14 2024 23:47:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14915370 | + | EDI: WFNNB.COM | Aug 15 2024 03:45:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14915371 | + | EDI: WFNNB.COM | Aug 15 2024 03:45:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14915372 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2024 23:53:28 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14915374 | + | EDI: PHINGENESIS | Aug 15 2024 03:45:00 | Genesis Financial, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 14915375 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 14 2024 23:46:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14915376 | + | EDI: PHINHARRIS | Aug 15 2024 03:45:00 | Harris & Harris, Ltd., Attn: Bankruptcy, 111 W Jackson Blvd Ste 650, Chicago, IL 60604-4135 |
| 14915377 | | EDI: IRS.COM | Aug 15 2024 03:45:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14915378 | ^ | MEBN | Aug 14 2024 23:45:39 | Jefferson Health, Attn: Patient Billing, 833 Chestnut St Ste 115, Philadelphia, PA 19107-4401 |
| 14915379 | + | EDI: MERCEDES | Aug 15 2024 03:45:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14915381 | | Email/Text: bnc@nordstrom.com | Aug 14 2024 23:46:29 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14915382 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 14 2024 23:46:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14915383 | | Email/Text: fesbank@attorneygeneral.gov | Aug 14 2024 23:46:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14915384 | | EDI: PENNDEPTREV | Aug 15 2024 03:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14915384 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2024 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14915385 | ^ | MEBN | Aug 14 2024 23:45:32 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14915387 | | Email/Text: bankruptcy@philapark.org | Aug 14 2024 23:47:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14915388 | + | Email/Text: bankruptcy1@pffcu.org | Aug 14 2024 23:46:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14915389 | + | Email/Text: bankruptcy1@pffcu.org | Aug 14 2024 23:46:00 | Police & Fire FCU, Attn: Bankruptcy 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14915390 | | Email/Text: ecfbankruptcy@progleasing.com | Aug 14 2024 23:47:00 | Progressive Leasing, Attn: Bankruptcy, 256 W Data Dr, Draper, UT 84020-2315 |
| 14915391 | | EDI: SYNC | Aug 15 2024 03:45:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14915392 | | EDI: SYNC | Aug 15 2024 03:45:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14915393 | + | EDI: AIS.COM | Aug 15 2024 03:45:00 | T Mobile/T-Mobile USA Inc, by AIS InfoSource |

Case 24-12817-pmm   Doc 10   Filed 08/16/24   Entered 08/17/24 01:31:58   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2024 | Form ID: 309A | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | | as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14915394 | + | Email/Text: bkr@townemortgage.com | Aug 14 2024 23:47:00 | Towne Mtg, 13325 E 14 Mile Rd, Sterling Heights, MI 48312-6303 |
| 14915395 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 14 2024 23:46:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 14915396 | ^ | MEBN | Aug 14 2024 23:45:08 | Trinity Health Epic - PP, Attn: Bankruptcy, Po Box 933327, Cleveland, OH 44193-0037 |
| 14915397 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 14 2024 23:47:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14915399 | | EDI: USBANKARS.COM | Aug 15 2024 03:45:00 | US Bank/RMS, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 14915400 | + | Email/Text: counselor@xoom.com | Aug 14 2024 23:47:00 | Xoom Corp., Attn: Bankruptcy, 425 Market St, San Francisco, CA 94105-5404 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 16, 2024         Signature:         /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Marcos Jimenez Murillo<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–9861<br>__–_____ |
| Debtor 2:<br>(Spouse, if filing) | Jocelyn Mercado Diaz<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–6111<br>__–_____ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: | 7   8/12/24 |
| Case number: | 24–12817–pmm | | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**\*\*Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Marcos Jimenez Murillo | Jocelyn Mercado Diaz |
| 2. | **All other names used in the last 8 years** | aka Marcos Jimenez | aka Jocelyn Mercado |
| 3. | **Address** | 49 Inbrook Road<br>Levittown, PA 19057 | 49 Inbrook Road<br>Levittown, PA 19057 |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br>Email: help@cibiklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHRISTINE C. SHUBERT<br>821 Wesley Avenue<br>Ocean City, NJ 08226 | Contact phone (609) 923–7184<br>Email: christine.shubert@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 8/14/24 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 12, 2024 at 03:10 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (609) 264–3907, Enter Meeting ID 219 841 3740, and Passcode 3206599493**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/12/24** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                         page **2**