Roofmeadow Services, Inc.
7135 Germantown Ave
Philadelphia PA 19119

Pay Stub Detail
PAY DATE: 07/29/2024
NET PAY: $1,100.43

Marcos J. Murillo
1717 Bath Rd Apt 18
Bristol PA 19007

**EMPLOYER**
Roofmeadow Services, Inc.
7135 Germantown Ave
Philadelphia PA 19119

| PAY PERIOD | |
|---|---|
| Period Beginning | 07/21/2024 |
| Period Ending: | 07/27/2024 |
| Pay Date: | 07/29/2024 |
| Total Hours: | 55.45 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| John Hancock | 68.23 | 2,019.61 |

**EMPLOYEE**
Marcos J. Murillo
1717 Bath Rd Apt 18
Bristol PA 19007

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 1.11 | 0.00 | 8.58 |

| NET PAY: | $1,100.43 |
|---|---|
| Acct#....8115: | $1,100.43 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 27.00 | 1,080.00 | 31,228.20 |
| PW Rate | - | - | 0.00 | 2,491.27 |
| Add'l Rate Adj | - | 15.00 | 0.00 | 180.00 |
| Overtime Pay | 15.45 | 40.50 | 625.73 | 13,836.51 |
| Paid time off | - | 27.00 | 0.00 | 2,322.00 |
| Holiday Pay | - | 27.00 | 0.00 | 432.00 |
| Reimbursement | - | - | 0.00 | 476.15 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| CSA | 0.00 | 276.15 |
| Emp Adv/Loan | 100.00 | 3,100.00 |
| John Hancock | 85.29 | 2,524.50 |
| John Hancock Loan Wkly Pymnt | 59.13 | 413.91 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 118.15 | 2,852.21 |
| Social Security | 105.76 | 3,130.38 |
| Medicare | 24.73 | 732.10 |
| PA Income Tax | 52.37 | 1,550.06 |
| PA SUI Employee | 1.19 | 35.36 |
| Philadelphia | 58.68 | 1,736.87 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,705.73 | $50,966.13 |
| Taxes | $360.88 | $10,036.98 |
| Deductions | $244.42 | $6,314.56 |

**Net Pay** $1,100.43

Roofmeadow Services, Inc.
7135 Germantown Ave
Philadelphia PA 19119

Pay Stub Detail
PAY DATE: 07/22/2024
NET PAY: $1,104.50

Marcos J. Murillo
1717 Bath Rd Apt 18
Bristol PA 19007

**EMPLOYER**
Roofmeadow Services, Inc.
7135 Germantown Ave
Philadelphia PA 19119

| PAY PERIOD | |
|---|---|
| Period Beginning | 07/14/2024 |
| Period Ending: | 07/20/2024 |
| Pay Date: | 07/22/2024 |
| Total Hours: | 63.15 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| John Hancock | 68.46 | 1,951.38 |

**EMPLOYEE**
Marcos J. Murillo
1717 Bath Rd Apt 18
Bristol PA 19007

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 1.26 | 0.00 | 7.47 |

| NET PAY: | $1,104.50 |
|---|---|
| Acct#....8115: | $1,104.50 |

**MEMO:**
PUDG Add'l Rate

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 27.00 | 1,080.00 | 30,148.20 |
| PW Rate | - | - | 0.00 | 2,491.27 |
| Add'l Rate Adj | 12.00 | 15.00 | 180.00 | 180.00 |
| Overtime Pay | 11.15 | 40.50 | 451.58 | 13,210.78 |
| Paid time off | - | 27.00 | 0.00 | 2,322.00 |
| Holiday Pay | - | 27.00 | 0.00 | 432.00 |
| Reimbursement | - | - | 0.00 | 476.15 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| CSA | 0.00 | 276.15 |
| Emp Adv/Loan | 100.00 | 3,000.00 |
| John Hancock | 85.58 | 2,439.21 |
| John Hancock Loan Wkly Pymnt | 59.13 | 354.78 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 118.81 | 2,734.06 |
| Social Security | 106.11 | 3,024.62 |
| Medicare | 24.82 | 707.37 |
| PA Income Tax | 52.55 | 1,497.69 |
| PA SUI Employee | 1.20 | 34.17 |
| Philadelphia | 58.88 | 1,678.19 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,711.58 | $49,260.40 |
| Taxes | $362.37 | $9,676.10 |
| Deductions | $244.71 | $6,070.14 |
| **Net Pay** | **$1,104.50** | |

Roofmeadow Services, Inc.
7135 Germantown Ave
Philadelphia PA 19119

Pay Stub Detail
PAY DATE: 07/15/2024
NET PAY: $1,260.74

Marcos J. Murillo
1717 Bath Rd Apt 18
Bristol PA 19007

---

**EMPLOYER**
Roofmeadow Services, Inc.
7135 Germantown Ave
Philadelphia PA 19119

| PAY PERIOD | |
|---|---|
| Period Beginning | 07/07/2024 |
| Period Ending: | 07/13/2024 |
| Pay Date: | 07/15/2024 |
| Total Hours: | 56.13 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| John Hancock | 77.47 | 1,882.92 |

**EMPLOYEE**
Marcos J. Murillo
1717 Bath Rd Apt 18
Bristol PA 19007

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 1.12 | 0.00 | 6.21 |

| | |
|---|---|
| **NET PAY:** | **$1,260.74** |
| Acct#....8115: | $1,260.74 |

**MEMO:**
Septa PW Hrs 8.68

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 31.32 | 27.00 | 845.64 | 29,068.20 |
| PW Rate | 8.68 | 50.45 | 437.91 | 2,491.27 |
| Overtime Pay | 16.13 | 40.50 | 653.27 | 12,759.20 |
| Paid time off | - | 27.00 | 0.00 | 2,322.00 |
| Holiday Pay | - | 27.00 | 0.00 | 432.00 |
| Reimbursement | - | - | 0.00 | 476.15 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| CSA | 0.00 | 276.15 |
| Emp Adv/Loan | 100.00 | 2,900.00 |
| John Hancock | 96.84 | 2,353.63 |
| John Hancock Loan Wkly Pymnt | 59.13 | 295.65 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 144.49 | 2,615.25 |
| Social Security | 120.09 | 2,918.51 |
| Medicare | 28.08 | 682.55 |
| PA Income Tax | 59.46 | 1,445.14 |
| PA SUI Employee | 1.36 | 32.97 |
| Philadelphia | 66.63 | 1,619.31 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,936.82 | $47,548.82 |
| Taxes | $420.11 | $9,313.73 |
| Deductions | $255.97 | $5,825.43 |

**Net Pay**      **$1,260.74**

Roofmeadow Services, Inc.
7135 Germantown Ave
Philadelphia PA 19119

Pay Stub Detail
PAY DATE: 07/08/2024
NET PAY: $1,033.85

Marcos J. Murillo
1717 Bath Rd Apt 18
Bristol PA 19007

**EMPLOYER**
Roofmeadow Services, Inc.
7135 Germantown Ave
Philadelphia PA 19119

| PAY PERIOD | |
|---|---|
| Period Beginning | 06/30/2024 |
| Period Ending: | 07/06/2024 |
| Pay Date: | 07/08/2024 |
| Total Hours: | 43.70 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| John Hancock | 64.39 | 1,805.45 |

**EMPLOYEE**
Marcos J. Murillo
1717 Bath Rd Apt 18
Bristol PA 19007

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 0.51 | 10.00 | 5.09 |

| NET PAY: | $1,033.85 |
|---|---|
| Acct#....8115: | $1,033.85 |

**MEMO:**
PW Septa Project

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 7.37 | 27.00 | 198.99 | 28,222.56 |
| PW Rate | 18.33 | 50.45 | 924.75 | 2,053.36 |
| Overtime Pay | - | 75.68 | 0.00 | 12,105.93 |
| Paid time off | 10.00 | 27.00 | 270.00 | 2,322.00 |
| Holiday Pay | 8.00 | 27.00 | 216.00 | 432.00 |
| Reimbursement | - | - | 0.00 | 476.15 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| CSA | 0.00 | 276.15 |
| Emp Adv/Loan | 100.00 | 2,800.00 |
| John Hancock | 80.49 | 2,256.79 |
| John Hancock Loan Wkly Pymnt | 59.13 | 236.52 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 107.20 | 2,470.76 |
| Social Security | 99.80 | 2,798.42 |
| Medicare | 23.34 | 654.47 |
| PA Income Tax | 49.42 | 1,385.68 |
| PA SUI Employee | 1.13 | 31.61 |
| Philadelphia | 55.38 | 1,552.68 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,609.74 | $45,612.00 |
| Taxes | $336.27 | $8,893.62 |
| Deductions | $239.62 | $5,569.46 |

**Net Pay** $1,033.85

Roofmeadow Services, Inc.
7135 Germantown Ave
Philadelphia PA 19119

Pay Stub Detail
PAY DATE: 07/01/2024
NET PAY: $1,558.26

Marcos J. Murillo
1717 Bath Rd Apt 18
Bristol PA 19007

**EMPLOYER**
Roofmeadow Services, Inc.
7135 Germantown Ave
Philadelphia PA 19119

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 06/23/2024 |
| Period Ending: | 06/29/2024 |
| Pay Date: | 07/01/2024 |
| Total Hours: | 61.37 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| John Hancock | 94.63 | 1,741.06 |

**EMPLOYEE**
Marcos J. Murillo
1717 Bath Rd Apt 18
Bristol PA 19007

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 1.23 | 0.00 | 14.57 |

| NET PAY: | $1,558.26 |
|---|---|
| Acct#....8115: | $1,558.26 |

**MEMO:**
17.92 hrs Septa Proj @ $50.45/hr

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 22.08 | 27.00 | 596.16 | 28,023.57 |
| PW Rate | 17.92 | 50.45 | 904.06 | 1,128.61 |
| Overtime Pay | 21.37 | 40.50 | 865.49 | 12,105.93 |
| Paid time off | - | 27.00 | 0.00 | 2,052.00 |
| Holiday Pay | - | 27.00 | 0.00 | 216.00 |
| Reimbursement | - | - | 0.00 | 476.15 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| CSA | 0.00 | 276.15 |
| Emp Adv/Loan | 100.00 | 2,700.00 |
| John Hancock | 118.29 | 2,176.30 |
| John Hancock Loan Wkly Pymnt | 59.13 | 177.39 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 193.38 | 2,363.56 |
| Social Security | 146.68 | 2,698.62 |
| Medicare | 34.30 | 631.13 |
| PA Income Tax | 72.63 | 1,336.26 |
| PA SUI Employee | 1.66 | 30.48 |
| Philadelphia | 81.38 | 1,497.30 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,365.71 | $44,002.26 |
| Taxes | $530.03 | $8,557.35 |
| Deductions | $277.42 | $5,329.84 |
| **Net Pay** | **$1,558.26** | |

Roofmeadow Services, Inc.
7135 Germantown Ave
Philadelphia PA 19119

Pay Stub Detail
PAY DATE: 06/24/2024
NET PAY: $1,403.29

Marcos J. Murillo
1717 Bath Rd Apt 18
Bristol PA 19007

**EMPLOYER**
Roofmeadow Services, Inc.
7135 Germantown Ave
Philadelphia PA 19119

| PAY PERIOD | |
|---|---|
| Period Beginning | 06/16/2024 |
| Period Ending: | 06/22/2024 |
| Pay Date: | 06/24/2024 |
| Total Hours: | 66.23 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| John Hancock | 85.69 | 1,646.43 |

**EMPLOYEE**
Marcos J. Murillo
1717 Bath Rd Apt 18
Bristol PA 19007

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 1.32 | 0.00 | 13.34 |

| NET PAY: | $1,403.29 |
|---|---|
| Acct#....8115: | $1,403.29 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 27.00 | 1,080.00 | 27,427.41 |
| PW Rate | - | - | 0.00 | 224.55 |
| Overtime Pay | 26.23 | 40.50 | 1,062.32 | 11,240.44 |
| Paid time off | - | 27.00 | 0.00 | 2,052.00 |
| Holiday Pay | - | 27.00 | 0.00 | 216.00 |
| Reimbursement | - | - | 0.00 | 476.15 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| CSA | 0.00 | 276.15 |
| Emp Adv/Loan | 100.00 | 2,600.00 |
| John Hancock | 107.12 | 2,058.01 |
| John Hancock Loan Wkly Pymnt | 59.13 | 118.26 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 167.92 | 2,170.18 |
| Social Security | 132.82 | 2,551.94 |
| Medicare | 31.07 | 596.83 |
| PA Income Tax | 65.77 | 1,263.63 |
| PA SUI Employee | 1.50 | 28.82 |
| Philadelphia | 73.70 | 1,415.92 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,142.32 | $41,636.55 |
| Taxes | $472.78 | $8,027.32 |
| Deductions | $266.25 | $5,052.42 |

**Net Pay** $1,403.29

Roofmeadow Services, Inc.
7135 Germantown Ave
Philadelphia PA 19119

Pay Stub Detail
PAY DATE: 06/17/2024
NET PAY: $865.27

Marcos J. Murillo
1717 Bath Rd Apt 18
Bristol PA 19007

**EMPLOYER**
Roofmeadow Services, Inc.
7135 Germantown Ave
Philadelphia PA 19119

**EMPLOYEE**
Marcos J. Murillo
1717 Bath Rd Apt 18
Bristol PA 19007

| PAY PERIOD | |
|---|---|
| Period Beginning | 06/09/2024 |
| Period Ending: | 06/15/2024 |
| Pay Date: | 06/17/2024 |
| Total Hours: | 47.08 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| John Hancock | 54.67 | 1,560.74 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 0.94 | 0.00 | 12.02 |

| NET PAY: | $865.27 |
|---|---|
| Acct#....8115: | $865.27 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 27.00 | 1,080.00 | 26,347.41 |
| PW Rate | - | 51.98 | 0.00 | 224.55 |
| Overtime Pay | 7.08 | 40.50 | 286.74 | 10,178.12 |
| Paid time off | - | 27.00 | 0.00 | 2,052.00 |
| Holiday Pay | - | 27.00 | 0.00 | 216.00 |
| Reimbursement | - | - | 0.00 | 476.15 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| CSA | 0.00 | 276.15 |
| Emp Adv/Loan | 100.00 | 2,500.00 |
| John Hancock | 68.34 | 1,950.89 |
| John Hancock Loan Wkly Pymnt | 59.13 | 59.13 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 79.50 | 2,002.26 |
| Social Security | 84.74 | 2,419.12 |
| Medicare | 19.82 | 565.76 |
| PA Income Tax | 41.96 | 1,197.86 |
| PA SUI Employee | 0.96 | 27.32 |
| Philadelphia | 47.02 | 1,342.22 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,366.74 | $39,494.23 |
| Taxes | $274.00 | $7,554.54 |
| Deductions | $227.47 | $4,786.17 |

**Net Pay**   **$865.27**

Roofmeadow Services, Inc.
7135 Germantown Ave
Philadelphia PA 19119

Pay Stub Detail
PAY DATE: 06/03/2024
NET PAY: $1,273.46

Marcos J. Murillo
1717 Bath Rd Apt 18
Bristol PA 19007

**EMPLOYER**
Roofmeadow Services, Inc.
7135 Germantown Ave
Philadelphia PA 19119

| PAY PERIOD | |
|---|---|
| Period Beginning | 05/26/2024 |
| Period Ending: | 06/01/2024 |
| Pay Date: | 06/03/2024 |
| Total Hours: | 62.17 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| John Hancock | 74.80 | 1,441.09 |

**EMPLOYEE**
Marcos J. Murillo
1717 Bath Rd Apt 18
Bristol PA 19007

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 1.08 | 0.00 | 10.06 |

| NET PAY: | $1,273.46 |
|---|---|
| Acct#....8115: | $1,273.46 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 27.00 | 1,080.00 | 24,304.05 |
| Overtime Pay | 14.17 | 40.50 | 573.89 | 9,454.79 |
| Paid time off | - | 27.00 | 0.00 | 2,052.00 |
| Holiday Pay | 8.00 | 27.00 | 216.00 | 216.00 |
| Reimbursement | - | - | 0.00 | 476.15 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| CSA | 0.00 | 276.15 |
| Emp Adv/Loan | 100.00 | 2,300.00 |
| John Hancock | 93.49 | 1,801.32 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 136.86 | 1,813.88 |
| Social Security | 115.93 | 2,233.66 |
| Medicare | 27.11 | 522.39 |
| PA Income Tax | 57.41 | 1,106.03 |
| PA SUI Employee | 1.31 | 25.22 |
| Philadelphia | 64.32 | 1,239.32 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,869.89 | $36,502.99 |
| Taxes | $402.94 | $6,940.50 |
| Deductions | $193.49 | $4,377.47 |

**Net Pay**     **$1,273.46**

Roofmeadow Services, Inc.
7135 Germantown Ave
Philadelphia PA 19119

Pay Stub Detail
PAY DATE: 05/28/2024
NET PAY: $1,035.94

Marcos J. Murillo
1717 Bath Rd Apt 18
Bristol PA 19007

**EMPLOYER**
Roofmeadow Services, Inc.
7135 Germantown Ave
Philadelphia PA 19119

| PAY PERIOD | |
|---|---|
| Period Beginning | 05/19/2024 |
| Period Ending: | 05/25/2024 |
| Pay Date: | 05/28/2024 |
| Total Hours: | 51.05 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| John Hancock | 61.10 | 1,366.29 |

**EMPLOYEE**
Marcos J. Murillo
1717 Bath Rd Apt 18
Bristol PA 19007

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Paid time off | 1.02 | 0.00 | 8.98 |

| | |
|---|---|
| **NET PAY:** | **$1,035.94** |
| Acct#....8115: | $1,035.94 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 27.00 | 1,080.00 | 23,224.05 |
| Overtime Pay | 11.05 | 40.50 | 447.53 | 8,880.90 |
| Paid time off | - | 27.00 | 0.00 | 2,052.00 |
| Reimbursement | - | - | 0.00 | 476.15 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| CSA | 0.00 | 276.15 |
| Emp Adv/Loan | 100.00 | 2,200.00 |
| John Hancock | 76.38 | 1,707.83 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 97.83 | 1,677.02 |
| Social Security | 94.71 | 2,117.73 |
| Medicare | 22.15 | 495.28 |
| PA Income Tax | 46.90 | 1,048.62 |
| PA SUI Employee | 1.07 | 23.91 |
| Philadelphia | 52.55 | 1,175.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,527.53 | $34,633.10 |
| Taxes | $315.21 | $6,537.56 |
| Deductions | $176.38 | $4,183.98 |
| **Net Pay** | **$1,035.94** | |