| Company Code | Loc/Dept | Number | Page | Earnings Statement |
|---|---|---|---|---|
| D4 / GBP 26138247 | 01/2100 | 2728228 | 1 of 1 | |

TT OF H BRUNSWICK INC
3905 US 1
Monmouth Junction, NJ 08852



Period Starting: 07/01/2024
Period Ending: 07/07/2024
Pay Date: 07/12/2024

Taxable Filing Status: Married
Exemptions/Allowances:
    Federal:    Std W/H Table
    State:      0
    Local:      0
Social Security Number: XXX-XX-XXXX

Tax Override:
    Federal:    0.00 Addnl
    State:
    Local:

Jocelyn Mercado-Diaz
49 Inbrook Road
Levittown, PA 19057

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 0.00 | 6229.01 |
| Overtime | 0.0000 | 11.83 | 0.00 | 62.64 |
| Sick | | | 0.00 | 484.16 |
| Holiday | | | 0.00 | 242.08 |
| EOM BONUS | | | 0.00 | 8495.00 |
| Draw Sales | | 0.00 | 785.00 | 785.00 |
| **Gross Pay** | | | **$785.00** | $16,297.89 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -22.35 | 225.83 |
| Social Security | -48.67 | 1010.47 |
| Medicare | -11.38 | 236.32 |
| New Jersey State Income | -13.78 | 275.76 |
| New Jersey State UI | -3.34 | 69.27 |
| New Jersey State DI | 0.00 | 0.00 |
| New Jersey FLI | -0.71 | 14.68 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| EMPLOYEE TDI | -1.09 | 10.85 |
| **Net Pay** | **$683.68** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 51.83 | 466.29 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6891 | XXXXXXXXX | 683.68 |

Important Notes
Basis of pay: Salaried

Your federal taxable wages this period are $785.00

TT OF H BRUNSWICK INC
3905 US 1
Monmouth Junction, NJ 08852

Pay Date:    07/12/2024

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Savings DirectDeposit | XXXXXX6891 | XXXXXXXXX | 683.68 |

Jocelyn Mercado-Diaz
49 Inbrook Road
Levittown, PA 19057

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| D4 / GBP 26138247 | 01/2100 | 2752124 | 1 of 1 | |  |

TT OF H BRUNSWICK INC
3905 US 1
Monmouth Junction, NJ 08852

Period Starting: 07/08/2024
Period Ending: 07/14/2024
Pay Date: 07/19/2024

Taxable Filing Status: Married
Exemptions/Allowances:
    Federal:    Std W/H Table
    State:      0
    Local:      0
Social Security Number: XXX-XX-XXXX

Tax Override:
    Federal:    0.00 Addnl
    State:
    Local:

Jocelyn Mercado-Diaz
49 Inbrook Road
Levittown, PA 19057

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 0.00 | 6229.01 |
| Overtime | 0.0000 | 10.58 | 0.00 | 62.64 |
| Sick | | | 0.00 | 484.16 |
| Holiday | | | 0.00 | 242.08 |
| EOM BONUS | | | 0.00 | 8495.00 |
| Draw Sales | | 0.00 | 766.00 | 1551.00 |
| **Gross Pay** | | | **$766.00** | **$17,063.89** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -20.45 | 246.28 |
| Social Security | -47.49 | 1057.96 |
| Medicare | -11.11 | 247.43 |
| New Jersey State Income | -13.40 | 289.16 |
| New Jersey State UI | -3.25 | 72.52 |
| New Jersey State DI | 0.00 | 0.00 |
| New Jersey FLI | -0.69 | 15.37 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| EMPLOYEE TDI | -1.07 | 11.92 |
| **Net Pay** | **$668.54** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 50.58 | 516.87 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX6891 | XXXXXXXX | 668.54 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $766.00

TT OF H BRUNSWICK INC
3905 US 1
Monmouth Junction, NJ 08852

Pay Date:    07/19/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Savings DirectDeposit | XXXXXX6891 | XXXXXXXX | 668.54 |

THIS IS NOT A CHECK

Jocelyn Mercado-Diaz
49 Inbrook Road
Levittown, PA 19057

| Company Code | Loc/Dept | Number | Page | Earnings Statement |
|---|---|---|---|---|
| D4 / GBP 26138247 | 01/2100 | 2774267 | 1 of 1 | |

TT OF H BRUNSWICK INC
3905 US 1
Monmouth Junction, NJ 08852



Period Starting:  07/15/2024
Period Ending:   07/21/2024
Pay Date:        07/26/2024

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:   Std W/H Table
  State:     0
  Local:     0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:   0.00 Addnl
  State:
  Local:

Jocelyn Mercado-Diaz
49 Inbrook Road
Levittown, PA 19057

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 0.00 | 6229.01 |
| Overtime | 0.0000 | 13.93 | 0.00 | 62.64 |
| Sick | | | 0.00 | 484.16 |
| Holiday | | | 0.00 | 242.08 |
| EOM BONUS | | | 0.00 | 8495.00 |
| Draw Sales | | 0.00 | 507.00 | 2058.00 |
| Commission | | 0.00 | 250.00 | 250.00 |
| **Gross Pay** | | | **$757.00** | **$17,820.89** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -19.55 | 265.83 |
| Social Security | -46.94 | 1104.90 |
| Medicare | -10.97 | 258.40 |
| New Jersey State Income | -13.22 | 302.38 |
| New Jersey State UI | -3.22 | 75.74 |
| New Jersey State DI | 0.00 | 0.00 |
| New Jersey FLI | -0.68 | 16.05 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| EMPLOYEE TDI | -1.05 | 12.97 |

**Net Pay**    **$661.37**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 53.93 | 570.80 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6891 | XXXXXXXXX | 661.37 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $757.00

TT OF H BRUNSWICK INC
3905 US 1
Monmouth Junction, NJ 08852

Pay Date:   07/26/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Savings DirectDeposit | XXXXXX6891 | XXXXXXXXX | 661.37 |

Jocelyn Mercado-Diaz
49 Inbrook Road
Levittown, PA 19057