

**JOFFIE C. PITTMAN, III**
ADMINISTRATIVE JUDGE

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA MUNICIPAL COURT-TRAFFIC DIVISION
800 SPRING GARDEN STREET
PHILADELPHIA, PA 19123-2690
(215) 686-1570

August 22, 2024

Mr. Timothy McGrath
United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA  19107-4299

> Re:  Marcos Jimenez Murillo
>      Jocelyn Mercado Diaz
>      Bankruptcy No: 24-12817-pmm
>      Chapter 7

*[FILED stamp: SEP 9 2024, TIMOTHY McGRATH, CLERK]*

Dear Mr. McGrath:

It has come to our attention that the above-captioned matter has been filed with the Bankruptcy Court.

A search of our records reveals that the Philadelphia Municipal Court, Traffic Division, should be listed as a creditor in this action. However, in compliance with your statement on the Notice of Commencement of Case under Chapter 7 of the Bankruptcy Code, Meeting of Creditors, and Fixing of Dates, <u>no Proof of Claim will be filed by this Court until notice is received to do so.</u>

Please be advised that claims filed for the collection of fines, court costs, warrant costs and other monies due to said City of Philadelphia and the Philadelphia Municipal Court, Traffic Division, under Chapter 7 Bankruptcy petition are <u>non-dischargeable in accordance with Title 11 U.S.C. Section 523(a) unless paid in full</u>.

Enclosed is our computer printout indicating the fines and costs outstanding at the time of the filing of the petition.

Sincerely,

*Joffie C. Pittman III* /mf

Joffie C. Pittman, III
ADMINITRATIVE JUDGE

JCP/mm
Enclosures
cc:  Penn DOT



JOFFIE C. PITTMAN, III
ADMINISTRATIVE JUDGE

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA MUNICIPAL COURT-TRAFFIC DIVISION
800 SPRING GARDEN STREET
PHILADELPHIA, PA 19123-2690
(215) 686-1570

August 22, 2024

FILED
SEP 9 2024
TIMOTHY McGRATH, CLERK
BY_____ DEP CLERK

Ms. Tammy Kohr
Bureau of Traffic Safety
PA Department of Transportation
1101 South Front Street, 3rd Floor
Harrisburg, PA 17104

Re: Marcos Jimenez Murillo
Jocelyn Mercado Diaz
Bankruptcy No: 24-12817-pmm
Chapter 7
Operator No.: PA29614478 (Jocelyn Mercado Diaz)

Dear Ms. Kohr:

This is to inform you that the above-captioned matter has been filed with the Bankruptcy Court.

All statutory compliance efforts involving these citations have been placed on hold pending final action by the Bankruptcy Court. We will notify you of any future actions taken by the Philadelphia Municipal Court, Traffic Division.

Accordingly, the Philadelphia Municipal Court, Traffic Division, has placed the following citations on hold with regard to fines and costs outstanding at the time of the filing of the Petition for Bankruptcy.

SEE THE ATTACHED COMPUTER PRINTOUT

Sincerely,

Joffie C. Pittman, III
ADMINISTRATIVE JUDGE

JCP/mm
Attachments
cc: Bankruptcy Court

8/30/24, 12:56 PM

eTIMS : MC TRAFFIC DIV

User ID: P97SH04

**Quick Process**

| | | |
|---|---|---|
| All: | 4 | ($477.00) |
| Open Tickets: | 2 | ($477.00) |
| Delq Tickets: | | ($0.00) |
| Marked/Held Tickets: | | ($0.00) |
| IPP Tickets: | | ($0.00) |

Choose Process ∨   [Quick Process]

**Customer**

Mercado , Jocelyn
3016 N Water St

Phila, PA 19134-0000

Address Source: Registry

Ticket Type: Move
License: PA29614478
Date of Birth: 09/20/1985

**Financial Summary**

| | |
|---|---|
| Ticket Amount: | $477.00 |
| Fee Amount: | $0.70 |
| Total Due: | $477.70 |
| Unapplied Amt: | $0.00 |

**Customer Status**

Warrant
Merge
Defaulted IPP

| All Clear | Ticket # | Hearing Date/Time | Trial Judge | Disposition Date/Time | Disposition/ User ID | Suspend/ Suspend Until | Case #/ Plea | Reduction/ Total Due |
|---|---|---|---|---|---|---|---|---|
| ☐ | I01676776 | 08/12/2024 01:00PM | BNK | 08/30/2024 12:55PM | 073:BANKRUPTCY FILED P97SH04 | 002:BANKRUPT 12/31/2099 | I01676776 G | $0.00 $317.00 |
| ☐ | I01676765 | 08/12/2024 01:00PM | BNK | 08/30/2024 12:55PM | 073:BANKRUPTCY FILED P97SH04 | 002:BANKRUPT 12/31/2099 | I01676776 G | $0.00 $160.00 |