

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mercedes-Benz Financial Services

## Lien and Title Information

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 20865303401 |
| **Lienholder** | MERCEDES-BENZ FINANCIAL SERVIC |
| **Lienholder Address** | PO BOX 997542<br>SACRAMENTO, CA 95899 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 4JGFD6BB7RB094021 | **Issuance Date** | 11/27/2023 |
| **Title Number** | 86616151 | **Received Date** | 11/27/2023 |
| **Title State** | PA | **ELT/Paper** | ELECTRONIC |
| **Year** | 2024 | **Odometer Reading** | 57 |
| **Make** | BENZ | **Branding** | |
| **Model** | | | |
| **Owner 1** | JIMENEZ MURILLO,MARCOS | | |
| **Owner 2** | JOCELYN MERCADO DIAZ | | |
| **Owner Address** | 49 INBROOK RD<br>LEVITTOWN, PA 19057 | | |

**Printed:** Friday, August 16, 2024 8:20:57 AM PST