IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: MARCOS JIMINEZ MURILLO<br>JOCELYN MERCADO DIAZ<br>**Debtor** | )<br>)<br>)<br>) | CHAPTER 7 |
| MERCEDES-BENZ FINANCIAL<br>SERVICES USA LLC<br>**Moving Party** | )<br>)<br>)<br>) | Case No.: 24-12817 (PMM) |
| v. | )<br>)<br>) | **Hearing Date: 10-23-24 at 9:30 AM**<br><br>11 U.S.C. 362 |
| MARCOS JIMINEZ MURILLO<br>JOCELYN MERCADO DIAZ<br>**Respondent** | )<br>)<br>)<br>) | |
| CHRISTINE C. SHUBERT<br>**Trustee** | ) | |

### ORDER MODIFYING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the Motion of Mercedes-Benz Financial Services USA LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified to permit the movant to pursue the movant's rights in the personal property described as a **2024 Mercedes-Benz GLE53** bearing vehicle identification number 4JGFD6BB7RB094021 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date:

_____
UNITED STATES BANKRUPTCY JUDGE