IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-12817 (PMM) |
| | ) | |
| | ) | |
| MARCOS JIMENEZ MURILLO | | |
| JOCELYN MERCADO DIAZ | ) | Chapter 7 |
| **Debtor(s)** | ) | |

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for Mercedes-Benz Financial Services USA LLC hereby certifies as follows:

1. I am the attorney for Mercedes-Benz Financial and am fully familiar with the facts of this case.

2. On October 2, 2024, I served by electronic means and/or by regular mail, a copy of the Notice Of Motion, Motion For Stay Relief, and Proposed Order to the following individuals:

Debtors
Marcos Jimenez Murillo
Jocelyn Mercado Diaz
49 Inbrook Road
Levittown, PA 19057

Debtors' Attorney
Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Office of the US Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Trustee
Christine C. Shubert
Chapter 7 Trustee
Ocean City, NJ 08226

Date: 10/2/24

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329 - Pennsylvania