IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MARCOS JIMINEZ MURILLO ) <br>     JOCELYN MERCADO DIAZ ) <br>     **Debtor** ) <br> ) <br> MERCEDES-BENZ FINANCIAL ) <br> SERVICES USA LLC ) <br>     **Moving Party** ) <br> ) <br>   v. ) <br> ) <br> MARCOS JIMINEZ MURILLO ) <br> JOCELYN MERCADO DIAZ ) <br>     **Respondent** ) <br> ) <br> CHRISTINE C. SHUBERT ) <br>     **Trustee** | CHAPTER 7 <br><br> Case No.: 24-12817 (PMM) <br><br> **Hearing Date:  10-23-24 at 9:30 AM** <br><br> 11 U.S.C. 362 |

### **CERTIFICATION OF NO RESPONSE**

    I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Motion, and proposed Order on October 2, 2024 as shown in the Certification of Service filed in this matter, that more than 15 days have passed and that I have received no objection as of this date either oral or written to the Motion.

    I respectfully request that the Court grant Mercedes-Benz' Motion For Relief From The Automatic Stay, enter the attached Order, and cancel the hearing scheduled for October 23, 2024.

Date:  10/18/24

                                                /s/ William E. Craig
                                                William E. Craig
                                                Eisenberg Gold & Agrawal, P.C.
                                                1040 Kings Highway North #200
                                                Cherry Hill, NJ 08034
                                                (856) 330-6200
                                                Bar I.D. 92329
                                                Attorney for Mercedes-Benz Financial Services USA LLC