IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-12817 (PMM) |
| | ) | |
| | ) | |
| MARCOS JIMENEZ MURILLO | | |
| JOCELYN MERCADO DIAZ | ) | Chapter 7 |
| **Debtor(s)** | ) | |

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for Mercedes-Benz Financial Services USA LLC hereby certifies as follows:

1. I am the attorney for Mercedes-Benz Financial and am fully familiar with the facts of this case.

2. On October 18, 2024, I served by electronic means and/or by regular mail, a copy of the Certificate Of No Response and Proposed Order to the following individuals:

<u>Debtors</u>
Marcos Jimenez Murillo
Jocelyn Mercado Diaz
49 Inbrook Road
Levittown, PA 19057

<u>Debtors' Attorney</u>
Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

<u>Office of the US Trustee</u>
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

<u>Trustee</u>
Christine C. Shubert
Chapter 7 Trustee
Ocean City, NJ 08226

Date: 10/18/24

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329 - Pennsylvania