IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MARCOS JIMINEZ MURILLO ) <br> JOCELYN MERCADO DIAZ ) <br> **Debtor** ) <br> ) <br> MERCEDES-BENZ FINANCIAL ) <br> SERVICES USA LLC ) <br> **Moving Party** ) <br> ) <br> v. ) <br> ) <br> MARCOS JIMINEZ MURILLO ) <br> JOCELYN MERCADO DIAZ ) <br> **Respondent** ) <br> ) <br> CHRISTINE C. SHUBERT ) <br> **Trustee** | CHAPTER 7 <br><br> Case No.: 24-12817 (PMM) <br><br> Hearing Date:  10-23-24 at 9:30 AM <br><br> 11 U.S.C. 362 |

**ORDER MODIFYING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the Motion of Mercedes-Benz Financial Services USA LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified to permit the movant to pursue the movant's rights in the personal property described as a **2024 Mercedes-Benz GLE53** bearing vehicle identification number 4JGFD6BB7RB094021 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately** without regard to Bankr. R. 4001(a)(3).

Date: **October 22, 2024**

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE