Certificate Number: 03088-PAE-DE-038937346

Bankruptcy Case Number: 24-12817



03088-PAE-DE-038937346

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 6, 2024, at 11:36 o'clock AM CDT, Jocelyn Mercado Diaz completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 6, 2024            By:    /s/Lorenza Garcia

                                   Name:  Lorenza Garcia

                                   Title: Counselor