Certificate Number: 03088-PAE-DE-038937345

Bankruptcy Case Number: 24-12817



03088-PAE-DE-038937345

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 6, 2024, at 11:36 o'clock AM CDT, Marcos Jimenez Murillo completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 6, 2024

By: /s/Lorenza Garcia

Name: Lorenza Garcia

Title: Counselor