Certificate Number: 03088-PAE-DE-038937346

Bankruptcy Case Number: 24-12817



03088-PAE-DE-038937346

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 6, 2024</u>, at <u>11:36</u> o'clock <u>AM CDT</u>, <u>Jocelyn Mercado Diaz</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>October 6, 2024</u>          By:  <u>/s/Lorenza Garcia</u>

                                       Name:  <u>Lorenza Garcia</u>

                                       Title:  <u>Counselor</u>