United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-12817-pmm

Marcos Jimenez Murillo     Chapter 7

Jocelyn Mercado Diaz

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2

Date Rcvd: Oct 22, 2024    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Marcos Jimenez Murillo, Jocelyn Mercado Diaz, 49 Inbrook Road, Levittown, PA 19057-2303 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:

**Name**    **Email Address**

CHRISTINE C. SHUBERT
christine.shubert@comcast.net  J100@ecfcbis.com

EDWARD JACOB GRUBER
on behalf of Joint Debtor Jocelyn Mercado Diaz help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

EDWARD JACOB GRUBER
on behalf of Debtor Marcos Jimenez Murillo help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
on behalf of Debtor Marcos Jimenez Murillo help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 22, 2024 | Form ID: pdf900 | Total Noticed: 1

m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK

on behalf of Joint Debtor Jocelyn Mercado Diaz help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Mercedes-Benz Financial Services USA LLC wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MARCOS JIMINEZ MURILLO ) <br> JOCELYN MERCADO DIAZ ) <br> **Debtor** ) <br> ) <br> MERCEDES-BENZ FINANCIAL ) <br> SERVICES USA LLC ) <br> **Moving Party** ) <br> ) <br> v. ) <br> ) <br> MARCOS JIMINEZ MURILLO ) <br> JOCELYN MERCADO DIAZ ) <br> **Respondent** ) <br> ) <br> CHRISTINE C. SHUBERT ) <br> **Trustee** | CHAPTER 7 <br><br> Case No.: 24-12817 (PMM) <br><br><br> **Hearing Date: 10-23-24 at 9:30 AM** <br><br> 11 U.S.C. 362 |

**ORDER MODIFYING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

    Upon the Motion of Mercedes-Benz Financial Services USA LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified to permit the movant to pursue the movant's rights in the personal property described as a **2024 Mercedes-Benz GLE53** bearing vehicle identification number 4JGFD6BB7RB094021 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

    It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).

Date: **October 22, 2024**

_/s/ Patricia M. Mayer/_
_____
UNITED STATES BANKRUPTCY JUDGE