United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-12817-pmm
Marcos Jimenez Murillo  Chapter 7
Jocelyn Mercado Diaz
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Nov 22, 2024      Form ID: 318      Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marcos Jimenez Murillo, Jocelyn Mercado Diaz, 49 Inbrook Road, Levittown, PA 19057-2303 |
| 14915365 | | Bridal Concept, Attn: Bankruptcy, 719 W Harris Rd, Arlington, TX 76001-6859 |
| 14915367 | | Children's Hospital of Philadelphia, Attn: Bankruptcy, 3401 Civic Center Blvd, Philadelphia, PA 19104-4319 |
| 14915373 | + | E-ZPass New Jersey, Attn: Bankruptcy, 375 McCarter Highway, Newark, NJ 07114-2562 |
| 14915380 | + | New Jersey EZ Pass, PO Box 52001, Newark, NJ 07101-8201 |
| 14915386 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14915398 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 23 2024 01:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14915362 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 23 2024 00:33:07 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14915363 | | Email/PDF: bncnotices@becket-lee.com | Nov 23 2024 00:33:01 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14915364 | | EDI: WFNNB.COM | Nov 23 2024 05:08:00 | Bread Financial Holdings, Inc., Attn: Bankruptcy, 3075 Loyalty Cir, Columbus, OH 43219-3673 |
| 14915368 | | Email/Text: megan.harper@phila.gov | Nov 23 2024 01:16:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14915366 | | EDI: CAPITALONE.COM | Nov 23 2024 05:08:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14915369 | | Email/Text: bankruptcy@philapark.org | Nov 23 2024 01:16:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14915370 | + | EDI: WFNNB.COM | Nov 23 2024 05:08:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14915371 | + | EDI: WFNNB.COM | Nov 23 2024 05:08:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14915372 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2024 01:09:15 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14915374 | + | EDI: PHINGENESIS | Nov 23 2024 05:08:00 | Genesis Financial, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 14915375 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 23 2024 01:15:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |

| Record | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14915376 | + | EDI: PHINHARRIS | Nov 23 2024 05:08:00 | Harris & Harris, Ltd., Attn: Bankruptcy, 111 W Jackson Blvd Ste 650, Chicago, IL 60604-4135 |
| 14915377 | | EDI: IRS.COM | Nov 23 2024 05:08:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14915378 | ^ | MEBN | Nov 23 2024 00:07:05 | Jefferson Health, Attn: Patient Billing, 833 Chestnut St Ste 115, Philadelphia, PA 19107-4401 |
| 14915379 | + | EDI: MERCEDES | Nov 23 2024 05:08:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14915381 | | Email/Text: bnc@nordstrom.com | Nov 23 2024 01:15:35 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14915382 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 23 2024 01:15:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14915383 | | Email/Text: fesbank@attorneygeneral.gov | Nov 23 2024 01:15:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14915384 | | EDI: PENNDEPTREV | Nov 23 2024 05:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14915384 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2024 01:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14916435 | | EDI: PENNDEPTREV | Nov 23 2024 05:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14916435 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2024 01:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14915385 | ^ | MEBN | Nov 23 2024 00:06:50 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14915387 | | Email/Text: bankruptcy@philapark.org | Nov 23 2024 01:16:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14915388 | + | Email/Text: bankruptcy1@pffcu.org | Nov 23 2024 01:15:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14915389 | + | Email/Text: bankruptcy1@pffcu.org | Nov 23 2024 01:15:00 | Police & Fire FCU, Attn: Bankruptcy 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14915390 | | Email/Text: ecfbankruptcy@progleasing.com | Nov 23 2024 01:16:00 | Progressive Leasing, Attn: Bankruptcy, 256 W Data Dr, Draper, UT 84020-2315 |
| 14915391 | | EDI: SYNC | Nov 23 2024 05:08:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14915392 | | EDI: SYNC | Nov 23 2024 05:08:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14915393 | + | EDI: AIS.COM | Nov 23 2024 05:08:00 | T Mobile/T-Mobile USA Inc, by AIS InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14915394 | + | Email/Text: bkr@townemortgage.com | Nov 23 2024 01:16:00 | Towne Mtg, 13325 E 14 Mile Rd, Sterling Heights, MI 48312-6303 |
| 14915395 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 23 2024 01:15:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 14915396 | ^ | MEBN | Nov 23 2024 00:06:35 | Trinity Health Epic - PP, Attn: Bankruptcy, Po Box 933327, Cleveland, OH 44193-0037 |
| 14915397 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 23 2024 01:16:00 | U.S. Attorney, Eastern District of Pa., 615 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 22, 2024 | Form ID: 318 | Total Noticed: 42 |

| 14915399 | EDI: USBANKARS.COM | Nov 23 2024 05:08:00 | US Bank/RMS, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
|---|---|---|---|
| 14915400 | + Email/Text: counselor@xoom.com | Nov 23 2024 01:16:00 | Xoom Corp., Attn: Bankruptcy, 425 Market St, San Francisco, CA 94105-5404 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 24, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| EDWARD JACOB GRUBER | on behalf of Joint Debtor Jocelyn Mercado Diaz help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| EDWARD JACOB GRUBER | on behalf of Debtor Marcos Jimenez Murillo help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Marcos Jimenez Murillo help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Jocelyn Mercado Diaz help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Mercedes-Benz Financial Services USA LLC wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: Nov 22, 2024 Form ID: 318 Total Noticed: 42
TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Marcos Jimenez Murillo<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–9861<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jocelyn Mercado Diaz<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–6111<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  Eastern District of Pennsylvania | | |
| Case number:  24–12817–pmm | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Marcos Jimenez Murillo     Jocelyn Mercado Diaz
aka Marcos Jimenez         aka Jocelyn Mercado

11/21/24

**By the court:**  Patricia M. Mayer
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2